**DISMISS; and Opinion Filed September 18, 2013.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00699-CR

**DANIEL LEE KNOD, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-35548-R**

# MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

Daniel Lee Knod pleaded guilty to theft of property having a value of $1,500 or more but less than $20,000. Pursuant to a plea agreement, the trial court assessed punishment at confinement in a state jail for 365 days. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant waived his right to appeal and that the case involves a plea bargain and appellant has no right to appeal.[1] *See* Tex. R. App. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

---

[1] Appellant informed the trial court at a hearing on September 10, 2013 that he filed a pro se notice of appeal despite the waiver of his right to appeal; however, he no longer desires to appeal his conviction.

We dismiss the appeal for want of jurisdiction.

           /David Lewis/
           DAVID LEWIS
           JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130699F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DANIEL LEE KNOD, Appellant

No. 05-13-00699-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F12-35548-R.
Opinion delivered by Justice Lewis,
Justices Bridges and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 18th day of September, 2013.

/David Lewis/

DAVID LEWIS
JUSTICE

–3–